**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAFAYETTE WALKER,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:07-cv-651-Orl-19DAB**

**CITY OF ORLANDO, EDWARD MICHAEL, STANLEY KLEM, NATHAN FARRIS,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration with oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION OF DEFENDANT, CITY OF ORLANDO, TO COMPEL PRODUCTION OF MENTAL HEALTH, DRUG AND/OR ALCOHOL TREATMENT, AND MEDICAL RECORDS FROM LAKESIDE ALTERNATIVES (Doc. No. 30)** |
| **FILED:** | **October 2, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot. Lakeside Alternatives represented to Defendant City's Attorney that the records were so old that they have been destroyed.

| | |
|---|---|
| **MOTION:** | **MOTION OF DEFENDANT, CITY OF ORLANDO, TO COMPEL PRODUCTION OF MENTAL HEALTH, DRUG AND/OR ALCOHOL TREATMENT, AND MEDICAL RECORDS FROM THE CENTER FOR DRUG FREE LIVING (Doc. No. 33)** |
| **FILED:** | **October 17, 2007** |

**THEREON** it is **ORDERED** that the motion is **DEFFERED**.

Plaintiff is suing Defendants for civil rights and state claims arising from his arrest[1] on May 18, 2003, in which he alleges the Defendant Officer Edward Michael used excessive force on him. Doc. No. 2. He also alleges that Defendant City of Orlando[2] failed to properly train the officers and had a custom or policy allowing the use of excessive force. Doc. No. 2. Plaintiff seeks damages for bodily injuries, pain, suffering, and mental anguish arising from the incident. Doc. No. 2.

Defendants sought production of mental health, drug and alcohol treatment and medical records for Plaintiff from two facilities, Lakeside Alternatives, Inc. and the Center for Drug Free Living. Both treatment facilities objection to the production of records for Plaintiff without a court order. Doc. Nos. 30-2, 33-2. Defendants filed Motions to Compel production of the records from the two facilities on October 2 and 17, 2007, contending that the records should be produced.

The matters came on for hearing on November 5, 2007. Defendants contend that Plaintiff has placed his mental and emotional status at issue by asserting claims for pain, suffering, mental anguish and loss of capacity for the enjoyment of life. They argue Plaintiff's history of mental illness and/or alcohol abuse are relevant and material to the issues presented in the case; they are unable to obtain the substantial equivalent of the records by alternative means. They also argue that records have lost any attached privilege by virtue of Plaintiff's claims.

Plaintiff responded to the Motion to Compel the Lakeside Alternative Records, arguing that the records are not relevant because Plaintiff estimates his treatment occurred in "the 1970's and 1980's," or approximately twenty to thirty years before the May 2003 incident. Although Lakeside Alternatives was ordered to file a response setting forth only the dates of Plaintiff's treatment by October 17, 2007, it did not file a response and the Court set the matter for hearing, adding the Motion

---

[1] No charges were filed against Plaintiff. Doc. No. 2 ¶ 24.

[2] The remaining two Defendants, Stanley Klem and Nathan Farris, are due to be voluntarily dismissed. *See* Doc. Nos. 34, 35.

to Compel records from the Center for Drug Free Living. Lakeside Alternatives represented to Defendant City's Attorney that the records were so old that they have been destroyed.

The Center for Drug Free Living is **ORDERED** to provide to the parties' counsel by November 9, 2007 a Notice certifying **ONLY** the **years** of any treatment provided by the Center for Drug Free Living to Lafayette Walker. Defendants' counsel will file the information under seal with any further memorandum of law, providing a copy to Plaintiff's counsel. Plaintiff may file a response within three days of filing of the Defendant's motion. The Center for Drug Free Living may also express any legal position it has with respect to the request for records.

**DONE** and **ORDERED** in Orlando, Florida on November 5, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record